PROB 12C
(7/93)

Report Date: September 21, 2015

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 30, 2015

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Heidi S. Elliott               Case Number: 2:14CR00168-TOR-28

Address of Offender:                    , Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 24, 2015

| | |
|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 |
| Original Sentence: | Prison 47 days  TSR - 36 months |
| Asst. U.S. Attorney: | George J. C. Jacobs, III |
| Defense Attorney: | Federal Defender's Office |

Type of Supervision: Supervised Release

Date Supervision Commenced: July 24, 2015

Date Supervision Expires: July 23, 2018

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1    **Special Condition # 14**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Heidi Elliott violated the conditions of her supervised release in Spokane, Washington, on or about September 11, 2015. On September 11, 2015, Ms. Elliott reported the United States Probation Office for the purposes of a random urinalysis. The urine sample Ms. Elliott provided tested presumptive positive for opiates. Ms. Elliott initially denied use, however; upon further discussion with a U.S. probation officer, she admitted to consuming heroin on or September 6, 2015. Ms. Elliot signed a drug use admission form and the sample was sent to the lab for further testing. The reports from the lab confirmed this sample was diluted.

2    **Special Condition # 14**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Prob12C
**Re: Elliott, Heidi S**
**September 21, 2015**
**Page 2**

**Supporting Evidence**: Heidi Elliott violated the conditions of her supervised release in Spokane, Washington, on or about September 15, 2015, by failing to report to Adult Drug Education Prevention and Treatment (ADEPT) for a random urinalysis. Ms. Elliott was directed to the report to the U.S. Probation Office on September 16, 2015, to provide a urine specimen. She reported as directed and provided a urine sample that tested negative. However, the sample was very clear and appeared diluted. The sample was sent to the lab for further testing. The lab report is pending.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/21/2015

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Thomas O. Rice*

Signature of Judicial Officer

September 30, 2015

Date