PROB 12C
(7/93)

Report Date:  September 30, 2015

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 30, 2015

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Heidi S. Elliott | Case Number: 2:14CR00168-TOR-28 |
| Address of Offender: | Spokane, Washington 99207 |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 24, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | | |
| Original Sentence: | Prison - 47 days<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: | July 24, 2015 |
| Defense Attorney: | Donald A. Kellman | Date Supervision Expires: | July 23, 2018 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/21/2015.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 14**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Heidi Elliott violated the conditions of her supervised release in Spokane, Washington, on September 28, 2015.  On September 29, 2015, the undersigned officer received notification from Alcohol Drug Education Prevention and Treatment (ADEPT) that Ms. Elliott failed to appear for a random urinalysis test on September 28, 2015. |
| | It is noted, that a lab confirmation report was received pertaining to a urine sample collected on September 16, 2015.  The report confirmed that the specimen was a dilute specimen with invalid specific gravity levels.  Additional information from the lab indicates the gravity levels of the urine could be the result of the offender either adding something to her urine, consuming something to adulterate the sample, or putting a lot of effort into flushing her system prior to providing the sample. |

Prob12C
**Re: Elliott, Heidi S**
**September 30, 2015**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  09/30/2015

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge. for an initial appearance on the alleged violations.
[ ]  Other

Thomas O. Rice
Signature of Judicial Officer

September 30, 2015
Date